■ MARGERY RAISIG, Appellant, v. FRED A. YOUNG et al., Respondents.— Motions by respondents for reargument referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur. Motions for reargument denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) ALLAN RUBIN, Appellant, v. ILA MANN, Respondent. (B) FRANK D. VESSIO, Respondent, v. TRANSBORO CONSTRUCTION CORP. et al., Defendants, and I. A. TOZZINI CO., INC., Appellant.— [In each action] Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 15, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ CHARLES P. RUSSO, Respondent, v. MICHAEL FRISCIA, Appellant.— Motion by appellant for a stay of the order appealed from, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before September 1, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ RHEA SCHOCTEL et al., Appellants, v. MANHASSET CANDLELIGHT CORPORATION, Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before September 1, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ ELIAS TITTLER, Appellant, v. HARRY A. LA BURT, Individually and as Director of Creedmoor State Hospital, Respondent.— Motion by appellant for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ ARDISCO, LTD., Appellant, v. TACONIC HOLDING CORP. et al., Defendants, and VINCENT E. GROHMANN et al., Respondents.— In an action to foreclose a mortgage on real property, plaintiff appeals: (a) from so much of a judgment of foreclosure and sale of the Supreme Court, Westchester County, dated January 26, 1961, entered January 30, 1961, after a nonjury trial, as directs that the mortgaged premises be sold subject to the vendees' liens of the defendant-respondents; and (b) from an order of said court, dated November 28, 1960, denying plaintiff's motion, pursuant to section 549 of the Civil Practice Act, for a new trial. Judgment, insofar as appealed from, and order, affirmed, with one bill of costs. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.